IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAROLYN HARRIS, | § § § | |
| Plaintiff, | § § | No. 4:22cv2837 |
| VS. | § § | Jury Trial Demanded |
| G4S SECURE SOLUTIONS (USA), INC., | § § § | |
| Defendant. | § | |

## **ORDER**

It is ORDERED that G4S Secure Solutions (USA), Inc.'s Motion to Strike Plaintiff's Jury Demand (Doc. 8) is DENIED.

Signed on _____, 2022.

_____
United States District Judge